# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**

**V.** **Case # 05-905**

**Stephen C. Bergquist**
**Defendant**

## MOTION TO RESTRAIN PLAINTIFF'S FROM CONTINUED FRIVOLOUS FILINGS IN THIS COURT

Now comes the Defendant Stephen C. Bergquist and moves this Honorable Court to Restrain the Plaintiff's from continued frivolous filings done to harass and interfere with the Defendant and his children in this Honorable Court.

Mr. Cesario has received copies of all Motions and Objections.

Mr. Cesario is delusional believing he is an attorney with his countless "Motions", "memorandums" and fantasy writings in this and every other Court in Rhode Island. He apparently also believes all Rhode Island Judges corrupt and conspiring against him. Rhode Island Superior and Supreme Courts have shut him off from his insane, frivolous filings done only to harass and interfere with this Defendant and my children who he is restrained from having any contact with.

The defendant prays an Order is entered barring Mr. Cesario (as well as Mrs. Bergquist (Cesario)), from any future filings in this Honorable Court in any matter involving the Defendant (Mr. Bergquist) or his children. The Defendant also prays this complaint (05-905) is dismissed with predjudice.

Respectfully Submitted (March 30, 2005)

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 0291
(401) 935-9177

**Certification**

**I hereby certify a true copy of this Motion to Dismiss was sent First Class US Mail to John and Carol Bergquist (Cesario) 64 Verdant Dr. Cranston R.I. 02920 on March 30th[h], 2005** AND 4-2-05

5

UNITED STATES DISTRICT COU...
DISTRICT OF RHODE ISLAND

TO: Mr. Bergquist

RE: CA 05-90

Cesario v. Bergquist

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 3/31/05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

X 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)
THE CERTIFICATION MUST BE SIGNED

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to ~~compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery~~ material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:______________________________

ENTER:

David L. Martin
United States Magistrate Judge

Date: 4-1-05

cc: Counsel of Record

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**
**V.** **Case # 05-905**
**Stephen C. Bergquist**
**Defendant**

**MOTION TO RESTRAIN PLAINTIFF'S FROM CONTINUED FRIVOLOUS FILINGS IN THIS COURT**

Now comes the Defendant Stephen C. Bergquist and moves this Honorable Court to Restrain the Plaintiff's from continued frivolous filings done to harass and interfere with the Defendant and his children in this Honorable Court.

Mr. Cesario has received copies of all Motions and Objections.
Mr. Cesario is delusional believing he is an attorney with his countless "Motions", "memorandums" and fantasy writings in this and every other Court in Rhode Island. He apparently also believes all Rhode Island Judges corrupt and conspiring against him. Rhode Island Superior and Supreme Courts have shut him off from his insane, frivolous filings done only to harass and interfere with this Defendant and my children who he is restrained from having any contact with.

The defendant prays an Order is entered barring Mr. Cesario (as well as Mrs. Bergquist (Cesario)), from any future filings in this Honorable Court in any matter involving the Defendant (Mr. Bergquist) or his children. The Defendant also prays this complaint (05-905) is dismissed with predjudice.

Respectfully Submitted (March 30, 2005)

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 0291
(401) 935-9177

**Certification**

**I hereby certify a true copy of this Motion to Dismiss was sent First Class US Mail to John and Carol Bergquist (Cesario) 64 Verdant Dr. Cranston R.I. 02920 on March 30th[h], 2005**