# UNITED STATES DISTRICT COURT STATE OF RHODE ISLAND

**John Cesario**
**Carol Cesario**
**Plaintiff's**
**Vs** **CASE # 05-90-S**
**Stephen Bergquist**
**Defendant**

Plaintiff's Motion for a Temporary Restraining Order Enjoining the Defendant from Attempting to Enforce Void Orders.

Here comes the Plaintiff seeking a temporary restraining order restraining the Defendant from attempting to enforce:

1. the void restraining order in Superior Court preventing the Plaintiff John Cesario from contacting his step children.
2. the void restraining order issued by Judge Mutter from the March 24th 2004 Family Court hearing.
3. the void change of placement order issued by Judge Mutter from the March 24th 2004 Family Court hearing.
4. Said orders are void due to extrinsic fraud or gross Due Process violations protected by the Fourteenth Amendment and Equal Protection Under the Law Clause

Plaintiff's attach memoranda and affidavits

Prayer of the Plaintiff's

1. That an evidentiary hearing is held regarding this matter.
2. That a temporary and or preliminary injunction is issued preventing the Defendant from enforcing any order the Court deems to be void.

Plaintiff's Carol Cesario 4/5/05

John Cesario
Carol Cesario
64 Verdant Drive
Cranston RI 02920 615-0549

Certification: The Plaintiff's certify that the above motion and attached Memoranda, Exhibits and Affidavits were mailed to the Defendant by US prepaid mail to the address of 189 Legion Way Cranston RI 02910 on 4/6/2005

Carol Cesario 4/5/05

6