# UNITED STATES DISTRICT COURT STATE OF RHODE ISLAND

John Cesario
Carol Cesario

Plaintiff's

Vs CASE # 05-90-S

Stephen Bergquist

Defendant

**Plaintiff's ObjectionTo Defendants Motion To Restrain the Petitioners from frivolous filings.**

The Plaintiff's object to the Defendants motion on the following grounds:

1. The Defendants Motion is not grounded in fact.

2. The Defendants Motion is not supported by law.

3. The Defendants pleadings have thus far violated Rule 12a(1) and 12a(2)

The Plaintiff's have not had to direct pleadings to specific situations exclusive of each other, therefore in an effort to not clutter the file the Plaintiff's file one pleading in duplicate with 2 signatures.
See attached memoranda

Prayer of the Plaintiff
Plaintiff' prays the Defendants' motion is dismissed and stricken

Plaintiff's Carol Cesario 4/5/05

John Cesario 4/5/05
Carol Cesario
64 Verdant Drive Cranston RI 02920 615-0549

Carol Cesario 4/5/05

4/5/05

(7)

47

**Memoranda Of Law and Sworn Affidavit in Support of The Plaintiff's Objection To Defendants' Motion To Restrain the Plaintiff from Frivolous Filings**

The Plaintiff John Cesario has not been restrained from filings in the Superior Court as a void judgment has no finality and validity. Further, assuming the Plaintiff ever gets a chance to have a hearing on the matter he is a Defendant with outstanding judgments and as such the Equal Protection Clause, R.I. Case Law and the Public Doctrine policy forbids the State from restraining him.

The Defendant has not made any attempt to comply with the local Rules of the Court.

The Defendant's motion is not grounded in law or fact and a supporting affidavit is attached. The Plaintiff(s) have tried to comply with all Rules and support every claim with evidence and supporting law. The Plaintiff's are confused regarding the pro se rule, however. If the Plaintiff's are themselves, so it doesn't make sense that they can represent themselves, but the Plaintiff's will seek the Court's guidance on this. The Defendant has not shown any respect for the Court nor has made any attempt to comply with the Rules or notice requirements. The Plaintiff's did receive the Defendants motion to restrain them in a timely manner.

**Petitioners refer to R.I Supreme Court opinion and attached Exhibit A in which the Defendant wrote attorney John Walsh after attorney Walsh notified the court clerk and the Defendant that he did not receive a filing by the Defendant.**