**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**
**V.** **Case # 05-90S**
**Stephen C. Bergquist**
**Defendant**

# MOTION TO DISMISS

Now comes the Defendant Stephen C. Bergquist and moves this Honorable Court to dismiss, **with prejudice** the above, (#05-90S) "Complaint".

The defendant prays this "Complaint" is **DISMISSED WITH PREDJUDICE.**

1. The US District Court lacks Jurisdiction over subject matter. The Cesario's federal "case" represents a collateral attack on the rulings of the Rhode Island Family, Superior and Supreme Court Judges. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 483 n.16. 103 S.Ct. 1303, 1316 n16, 75 L.Ed 2d 206 (1983) ("Lower federal courts possess no power whatever to sit in direct review of State Court decisions") ; Donnelly v. Donnelly, 515 F.2d 129 (1st Cir. 1975) ("the Federal Court is ill equipped to determine family obligations, lacking the power and the resources of State Family Courts to consider the best interest of the entire family") As such, it is respectfully submitted that Federal jurisdiction is not appropriate.

2. The Complaint is frivolous, complete fantasy, incoherent and insulting to all Rhode Island Judges involved in these matters and done only to harass and interfere with the lives of the Defendant and his children.

Respectfully Submitted
(June 23rd, 2005)

Stephen C. Bergquist

**Certification**
**I hereby certify a true copy of this Motion to Dismiss was sent First Class US Mail to John and Carol Bergquist (Cesario) 64 Verdant Dr. Cranston R.I. 02920 on June 23rd, 2005**