UNITED STATES DISTRICT COURT STATE OF RHODE ISLAND

John Cesario
Carol Cesario Plaintiff's
Vs CASE # 05-90-S

Stephen Bergquist Defendant

**Plaintiff's Objection to the Defendants Motion To Dismiss**

Plaintiff's object to the Defendants motion as it is duplicative and was previously filed and answered.

Plaintiff's state that they were only made aware of the Defendants Motion To Dismiss because of a letter he sent to Attorney Kevin McBurney which was received by McBurney on 8/30/2005. Attorney George Babcock gave the letter and enclosed motions to the Plaintiff's on 8/30/2005. Exhibit 1 (letter, motion and objection). Neither attorneys Babcock or McBurney have been retained in the above titled matter.

Plaintiff's pray that the Defendants motion is denied and that the defendant be ordered to certify through the U.S. Post office any further filings in the above titled matter or face sanctions.

Plaintiff's Pro Se
John Cesario
Carol Cesario
64 Verdant Drive
Cranston R.I 02920
401-413-6461

6/30/2005

CERTIFICATION
Plaintiff's certify that the objection was mailed to the Defendant on 7/1/2004, U.S mail postage prepaid to 189 Legion Way, Cranston R.I. 02910

6/30/2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**
**V.** **Case # 05-90S**
**Stephen C. Bergquist**
**Defendant**

# OBJECTION

Now comes the Defendant Stephen C. Bergquist and OBJECTS to the Plaintiff's frivolous, insulting, slanderous, Motion for Summary Judgment and "Sworn Affidavit".

# PRAYER

The Defendant prays this case is dismissed with prejudice and the Plaintiffs are Judged in Contempt of Court for filing such slanderous, harassing documents with this Honorable Court.

Respectfully Submitted
(June 23rd, 2005)

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 02910
(401) 935-9177

**Certification**
**I hereby certify a true copy of this Objection was sent First Class US Mail to John and Carol Bergquist (Cesario) 64 Verdant Dr. Cranston R.I. 02920 on June 23rd. 2005**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**

**V.** **Case # 05-90S**

**Stephen C. Bergquist**
**Defendant**

# MOTION TO DISMISS

Now comes the Defendant Stephen C. Bergquist and moves this Honorable Court to dismiss, **with prejudice** the above, (#05-90S) "Complaint".

The defendant prays this "Complaint" is **DISMISSED WITH PREDJUDICE**.

1. The US District Court lacks Jurisdiction over subject matter. The Cesario's federal "case" represents a collateral attack on the rulings of the Rhode Island Family, Superior and Supreme Court Judges. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 483 n.16. 103 S.Ct. 1303, 1316 n16, 75 L.Ed 2d 206 (1983) ("Lower federal courts possess no power whatever to sit in direct review of State Court decisions") ; Donnelly v. Donnelly, 515 F.2d 129 (1st Cir. 1975) ("the Federal Court is ill equipped to determine family obligations, lacking the power and the resources of State Family Courts to consider the best interest of the entire family") As such, it is respectfully submitted that Federal jurisdiction is not appropriate.

2. The Complaint is frivolous, complete fantasy, incoherent and insulting to all Rhode Island Judges involved in these matters and done only to harass and interfere with the lives of the Defendant and his children.

Respectfully Submitted
(June 23rd, 2005)

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 02910
(401) 935-9177

**Certification**

**I hereby certify a true copy of this Motion to Dismiss was sent First Class US Mail to John and Carol Bergquist (Cesario) 64 Verdant Dr. Cranston R.I. 02920 on June 23rd, 2005**