**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
***Plaintiffs***

**V.** **Case # 05-90S**

**Stephen C. Bergquist**
**Defendant**

# OBJECTION

Now comes the Defendant Stephen C. Bergquist and OBJECTS to the Plaintiff's frivolous, insulting, slanderous, Motion for Summary Judgment and "Sworn Affidavit".

# PRAYER

The Defendant prays this case is dismissed with prejudice and the Plaintiffs are Judged in Contempt of Court for filing such slanderous, harassing documents with this Honorable Court.

Respectfully Submitted
(July 11th, 2005)

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 02910
(401) 935-9177

**Certification**

**I hereby certify a true copy of this Objection was sent First Class US Mail to John and Carol Bergquist (Cesario) 64 Verdant Dr. Cranston R.I. 02920 on July 11th, 2005**