**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**
**V.** **Case # 05-90S**
**Stephen C. Bergquist**
**Defendant**

# MOTION TO DISMISS

Now comes the Defendant, Stephen C. Bergquist, and asks this Honorable Court to consider immediately DISMISSING all Motions before this Honorable Court.

The Plaintiff has informed her children, the Defendant and the world she is divorcing Mr. Cesario, they will "never" see or hear from him again, he has moved all belongings out of her home as of August 10th, 2005 and her locks have all been changed.

Therefore, as this case centers 100% around "John Cesario" and now being gone dissolves the case and any issues involving him are now a moot point.

The Defendant has attempted to have this a mutually signed Motion to Dismiss but the Plaintiff refuses and does NOT feel it is in the best interest of the children to end this and all other similar cases she has going in other RI Courts.

**Prayer**

1. This case, 05-90S, is immediately dismissed as well as ALL outstanding motions before the Court.

Respectfully Submitted by:

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 02910
(401) 935-9177

**CERTIFICATION**

**A true copy of this Motion to Dismiss was sent via first class US Mail to Attorney Kevin Mc Burney 83 Power Rd. Pawtucket R.I. 02860 and Carol A. Cesario on August 11th, 2005**