UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN CESARIO<br>CAROL CESARIO, Plaintiffs, | |
| vs. | C.A. No. 05-090-S |
| STEPHEN BERGQUIST, Defendant. | |

**ERRATA**

In the Memorandum and Order Dismissing the Verified Complaint signed on March 10, 2005, footnote 6 on page 7, should read as follows:

> [6] The state Supreme Court's inability to resolve all of Cesario's procedural due process claims due to his failure to provide relevant transcripts, see Bergquist, 844 A.2d at 104-110, does not create jurisdiction in this Court, as those due process claims are "inextricably intertwined" with the issues that court did resolve – namely the validity of the Superior Court rulings. See Picard v. Members of the Employee Ret. Bd., 275 F.3d 139, 145 (1st Cir. 2001). Moreover, in the course of denying rehearing, the state Supreme Court reviewed pertinent transcripts belatedly provided by Cesario and noted that nothing in them changed the result. See Appendix, n.2, infra.

Enter: [signature]

It is so ordered.

[signature]
William E. Smith
United States District Judge
Dated: 3/13/06