UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN CESARIO<br>CAROL CESARIO,<br>Plaintiffs, | ) | |
| vs. | ) | C.A. No. 05-090-S |
| STEPHEN BERGQUIST,<br>Defendant. | ) | |

**ORDER**

Before the Court are: (1) Defendant's Motion to Restrain Plaintiff's [sic] from Continued Frivolous Filings in this Court (Doc. 5); and (2) Plaintiff's Motion for a Temporary Restraining Order Enjoining the Defendant from Attempting to Enforce Void Orders (Doc. 6).

In view of the Court's Memorandum and Order entered March 10, 2006 dismissing the instant action with prejudice, both motions are DENIED as MOOT.

Enter:

[signature]

It is so ordered.

[signature]
William E. Smith
United States District Judge
Date: 3/16/06