UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN CESARIO<br>CAROL CESARIO,<br>Plaintiffs,<br><br>vs.<br><br>STEPHEN BERGQUIST,<br>Defendant. | ) | C.A. No. 05-090-S |

**ORDER DENYING MOTIONS TO DISMISS AS MOOT**

Before the Court are two motions to dismiss filed by Defendant Stephen Bergquist on June 24, 2005 (Doc. 9) and August 11, 2005 (Doc. 15), respectively, in the above-captioned action.

In view of the Court's Memorandum and Order entered March 10, 2006 granting Bergquist's earlier-filed Motion to Dismiss (Doc. 2), the two motions to dismiss (Doc. 9 and Doc. 15) are hereby DENIED as MOOT.

Enter:

It is so ordered.

William E. Smith
United States District Judge
Date: 3/16/06