UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN CESARIO<br>CAROL CESARIO,<br>      Plaintiffs,<br><br>vs.<br><br>STEPHEN BERGQUIST,<br>      Defendant. | C.A. No. 05-090-S |

### ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's [sic] Motion for Summary Judgment (Doc. 11) in the above-captioned action.

In view of the Court's Memorandum and Order entered March 10, 2006 dismissing the instant action with prejudice, this motion is hereby DENIED as MOOT.

Enter:

_____

It is so ordered.

_____
William E. Smith
United States District Judge

Date: 3/16/06