UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CESARIO )
CAROL CESARIO, )
Plaintiffs, )
)
vs. ) C.A. No. 05-090-S
)
STEPHEN BERGQUIST, )
Defendant. )

**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is Plaintiff's [sic] Motion for Summary Judgment (Doc. 11) in the above-captioned action.

In view of the Court's Memorandum and Order entered March 10, 2006 dismissing the instant action with prejudice, this motion is hereby DENIED as MOOT.

Enter:

[signature]

It is so ordered.

[signature]
William E. Smith
United States District Judge

Date: 3/16/06