AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOHN CESARIO
CAROL CESARIO

V.

STEPHEN BERQUIST

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-90S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, STEPHEN BERQUIST, AGAINST PLAINTIFFS, JOHN CESARIO AND CAROL CESARIO, PURSUANT TO THIS COURT'S MEMORANDUM AND ORDER DATED MARCH 1, 2006 DISMISSING VERIFIED COMPLAINT.**

March 16, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk