UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CESARIO
CAROL CESARIO
Plaintiff's

Vs CA 05-090-S

STEPHEN BERGQUIST
Defendant

**Plaintiff's Notice Of Appeal** To First Circuit Court of Appeals

Plaintiff's hereby make notice of their appeal in the above entitled action:

Plaintiff's are appealing the orders of 3/10/2006

1. the order Dismissal of their action with prejudice.
2. order Enjoining plaintiff's to file new actions relative to Cesario I,II and III

Plaintiff's are appealing the final judgments of 3/13/2006

3. the order Dismissal of their action with prejudice.
4. order Enjoining plaintiff's to file new actions relative to Cesario I,II and III

Plaintiff's
Pro se
4/6/2006
John Cesario
Carol Cesario
Carol Cesario
64 Verdant Dr
Cranston RI 02920
401-413-6461 401-614-0549

Certification
A true copy of this motion was mailed to Stephen Bergquist, on April 7 2006, first class US mail, postage prepaid to his usual address, 189 legion Way Cranston RI 02910
**To 189 Legion Way, Cranston RI 02910**