**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**John Cesario,**
**Carol Bergquist (Cesario)**
**Plaintiffs**

**V.** **Case # 05-90S**

**Stephen C. Bergquist**
**Defendant**

**MOTION TO**
**ADJUDGE THE PLAINTIFFS IN CONTEMPT**

Now comes the Defendant, Stephen C. Bergquist, and asks this Honorable Court to adjudge the Plaintiffs (Carol and John Cesario) in Contempt for continuing to file frivolous Motions before this Honorable Court in willful violation of the Memorandum and Order of March 10th, 2006 for the sole purpose to harass and interfere with the Defendant (Stephen Bergquist) and his children. It is the prayer of the Defendant and his children to be LEFT ALONE!

C.A. No. 05-090-S
Memorandum and Order March 10th, 2006 The Honorable William E. Smith

Page 11, V. Conclusion

"In view of the foregoing considerations, Plaintiff's Verified Complaint is DISMISSED with prejudice, and Plaintiff's Motion to Amend is DENIED. **In addition, in light of the Plaintiff's continued filings of frivolous and prolix pleadings and motions this Court ORDERS as follows: Plaintiff's are hereby prohibited from filing in this Court any new actions in any way dealing with the issues raised either in the instant case or in their previous actions in this Court (described in note 1, supra) without first obtaining the written permission of this Court. "**

Respectfully Submitted by:

Stephen C. Bergquist
189 Legion Way
Cranston R.I. 02910
(401) 935-9177

**CERTIFICATION**
**A true copy of this Motion to Dismiss was sent via first class US Mail to Carol and John Cesario 64 Verdant Dr. Cranston R.I. 02920 on April 12th, 2006**