Original

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CESARIO
CAROL CESARIO
Plaintiff's

Vs

CA 05-090-S

STEPHEN BERGQUIST
Defendant

**Plaintiff's Request A Hearing**

Plaintiff's Motion To Request A Signed Order Granting the Defendant's Motion To Dismiss (Doc No 2).

Here come the plaintiff to request that the Court enter orders reflecting the Memoranda and Order dated 3/10/2006; as the 3/10/2006 memoranda and Order stated separate orders would issue. The plaintiff's have appealed this matter, while the plaintiff's have received a final judgment signed by Judge Smith on 3/16/2006, the plaintiff's have not received an order granting the Defendants uncertified Motion To Dismiss (2); which was previously disposed of. Please see attached memoranda of Law

Plaintiff prays Judge Smith signs an order granting the Defendants Motion to Dismiss (doc. No. 2) immediately.

John Cesario
64 Verdant Dr
Cranston,R.I 02920
401-413-6461

4/18/2006

Certification: I certify that on 4/17/2006, I mailed a copy of this motion to the defendant, at his address of 189 Legion Way, Cranston RI, US Post Office, First Class Mail, postage prepaid

4/18/2006

**Plaintiff's Memoranda Of Law In Support Of The Plaintiff's Asking the Court to Enter an Order reflecting the 3/10/2006 Memoranda and Order, Granting the Defendants Motion to Dismiss (docket entry #2).**

The Plaintiff's respectfully ask the Court for separate orders reflecting the Court's order that the Defendants Motion to Dismiss ( docket entry # 2) was granted by the Court.

The Plaintiff's are appealing the final judgment dismissing the plaintiff's action in the above titled cause and the Memoranda and Order dated 3/10/2006, signed by Judge Smith stated that separate orders will issue.

The Plaintiff's received various orders denying motions, but as of yet have not received a specific order granting the defendant's specific motion docketed by the court on 3/10/2005, as being granted.

Plaintiff's understand this is most likely a clerical oversight, but the conclusion of the memoranda and order dated 3/10/2006 states the plaintiff's VAC is dismissed, but it does not specifically order the Defendants Motion To Dismiss (docketed 3/10/2006) was granted. As the aforementioned motion order needs to be granted for the Plaintiff's to properly craft an appeal, the Plaintiff's would appreciate the Court's expeditiously issuing an order that the defendants motion to dismiss ( Doc. No. 2) was granted.

The Plaintiff's never received the Motion to Dismiss (doc no 2), and informed the court via an objection dated 3/28/2005. Plaintiff thanks the Court in advance and hopes for a fast order.

Certification: I certify that on 4/18/2006, I mailed a copy of this motion to the defendant, at his address of 189 Legion Way, Cranston RI, US Post Office, First Class Mail, postage prepaid

4/18/2006

Carol is away on vacation