MANDATE

05-00090
USDC-RI PR
J. Smith

# United States Court of Appeals
## For the First Circuit

---

No. 06-1636

JOHN H. CESARIO, ET AL.,

Plaintiffs, Appellants,

v.

STEPHEN C. BERGQUIST,

Defendant, Appellee.

2006 OCT -3 A 9: 10
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

Before

Torruella, Lynch and Howard,
Circuit Judges,

---

JUDGMENT

Entered: September 12, 2006

We have reviewed the record in this case, including the submissions of the parties. Essentially for the reasons given by the district court in its memorandum and order, dated March 10, 2006, the dismissal of the complaint is affirmed.

Nor do we find any abuse of discretion in the injunction prohibiting appellants from filing any new actions dealing with issues already raised in this or previous actions without first obtaining permission of the court. In extreme circumstances where litigants, without adequate grounds, encroach upon the limiting time and resources of the court and other parties, a narrowly drawn injunction barring a party from filing and processing frivolous and vexatious lawsuits may be appropriate. Castro v. United States, 775 F.2d 399, 408-10 (1st Cir. 1985). The record indicates that the injunction in the instant case is appropriate.

Affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/3/06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Stephen C. Bergquist, John H. Cesario, Carol Cesario ]