UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN CESARIO
CAROL CESARIO,
Plaintiffs,

vs. C.A. No. 05-090-S

STEPHEN BERGQUIST,
Defendant.

**ORDER DENYING PLAINTIFFS' RULE 60(b) MOTION**

Before the Court is "Plaintiff's 60 b [sic] Motion To Vacate the Orders of Judge Smith dated 3/10/2006 and the Final Judgment entered by Judge Smith on 3/13/2006 [sic]" in the above-captioned action. This motion seeks: (1) to vacate and set aside this Court's Memorandum and Order dated March 10, 2006 ("Memorandum and Order") and the Final Judgment entered on March 16, 2006 in the instant action; (2) to permit plaintiffs to amend their previous verified complaint; and (3) to reinstate plaintiffs' motion to enjoin enforcement of previous state court judgments.

The Court has reviewed the various points raised in plaintiffs' rule 60(b) motion, and finds that such claims either have been previously addressed in the Court's Memorandum and Order, or are totally lacking in merit, particularly in view of the Court of Appeals' summary affirmance of this Court's Memorandum and Order and Judgment previously entered. See Cesario v. Bergquist, Dkt. No. 06-1636, Judgment entered September 12, 2006 (1st Cir.).

Therefore, the plaintiffs' rule 60(b) motion is hereby DENIED.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 11/7/06